IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIGUEL A. MATEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00052 |
| ) | Judge Trauger |
| THE STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 21, 2018, the magistrate judge issued a Report and Recommendation (DE #11), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the "Plaintiff's Respectful Request Your Consideration" (Docket No. 10) is DENIED.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 10th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge