IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIGUEL A. MATEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00052 |
| ) | Judge Trauger |
| THE STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On December 14, 2018, the magistrate judge issued a Report and Recommendation (DE #22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion to Dismiss (Docket No. 21) is hereby GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 7th day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge